GRANITE CITY SOAP CO., Respondent, v. HARMONY SUPPLY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by the Granite City Soap Company against the Harmony Supply Company and another. No opinion. Order affirmed, with $10 costs and disbursements, and stay vacated. See, also, 155 N. Y. Supp. 1110.

GRASSI BROS., Respondents, v. MIDWEST REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Grassi Bros. against the Midwest Realty Company and others. L. H. Moos, of New York City, for appellants. H. Wilson, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GREENBERG, Appellant, v. GOLDBERG & GREENBERG, Respondents, et al. (two cases). (Supreme Court, Appellate Division, First Department. November 26, 1915.) Actions by Abraham Greenberg against Goldberg & Greenberg, impleaded with others. A. Rosenstein, of New York City, for appellant. E. Fixman, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 167 App. Div. 925, 152 N. Y. Supp. 1115.

GREENSPAN v. KAUFMAN. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Augusta Greenspan against Louis J. Kaufman. No opinion. Motion granted, with $10 costs. Order filed.

GRIEME v. GROVE HILL REALTY CO. et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Cross-Appeal from Special Term, New York County. Action by Henry Grieme, on behalf of himself, etc., against Grove Hill Realty Company and others. From portions of an order granting a motion for the framing of issues, both parties appeal. Modified and affirmed. Clarence A. Appleton, of New York City, for plaintiff. George H. Taylor, Jr., of New York City, for defendants.

PER CURIAM. The order appealed from is modified, by directing the following issues to be submitted to the jury: (1) Were the defendants as directors of the Grove Hill Realty Company negligent in the management of the business of the corporation, as alleged in the complaint? (2) If so, what damages, if any, did said corporation sustain by reason of such negligence? And, as so modified, the order is affirmed, without costs. Settle order on notice.

In re GRINDROD. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of the petition of James C. Grindrod for an order revoking and canceling liquor tax certificate No. 18535, issued to Joseph Kerwin, wherein Catherine Kerwin intervenes. No opinion. Order (91 Misc. Rep. 441, 154 N. Y. Supp. 929) affirmed, without costs.

GROSNER, Respondent, v. REITER, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Samuel Grosner against Julius H. Reiter. H. J. Block, of New York City, for appellant. B. F. Spellman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GROVE HILL REALTY CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Appeal from Special Term, New York County. Application by the Grove Hill Realty Company for a voluntary dissolution. From an order granting a stay of all proceedings, certain parties appeal. Modified. George H. Taylor, Jr., of New York City, for appellants. Clarence A. Appleton, of New York City, for respondents.

PER CURIAM. The order is modified, by giving the petitioners leave to move to vacate the stay if the action in the Supreme Court to set aside the judgment be not prosecuted with diligence, and, as so modified, affirmed, with $10 costs and disbursements to the respondents. Settle order on notice.

GRUBEL v. RITCHIE et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Jacob L. Grubel, as trustee, etc., against John W. Ritchie and others. No opinion. Motion granted with $10 costs, unless appellant comply with terms stated in order. Order filed.

GURFEIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Moritz Gurfein against the Brooklyn Heights Railroad Company. No opinion. Application denied, with $10 costs.

GURSKY v. BLAIR et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Simon Gursky against Frank W. Blair and others, as receivers, etc. No opinion. Motion granted. Settle order on notice. See, also, 164 App. Div. 612, 150 N. Y. Supp. 422.

GURSKY v. WATERS et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Simon Gursky against Dudley E. Waters and others, as receivers, etc., impleaded with others. E. B. Boise, of New York City, for appellants. L. F. Fish, of New York City, for respondent.

PER CURIAM. Orders affirmed, with $10 costs and disbursements, on the authority of Jacobs v. Blair, 157 App. Div. 601, 142 N. Y. Supp. 897.

INGRAHAM, P. J., dissents, on the dissenting opinion in Jacobs v. Blair. The court will certify these cases to the Court of Appeals on presentation of a proper order, which will be settled on notice.